**Opinion issued March 6, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00160-CV**

————————————

**IN RE MLB OIL & GAS MANAGEMENT LLC
AND MLB PECOS RIVER EXPLORATION LLC, Relators**

---

**Original Proceeding on Petition for Writ of Injunction**

---

**MEMORANDUM OPINION**

MLB Oil and Gas Management LLC and MLB Pecos River Exploration LLC

have filed a petition for writ of injunction.[1] We deny the petition.

---

[1] The underlying case is *MLB Oil & Gas Management LLC and MLB Pecos River Exploration LLC v. Juniper Capital II, LP, Juniper Capital III, LP, Juniper PRE Holdings, LLC; Pecos River Exploration Holdings, LLC; Brazos River Exploration, LLC; and State Line Exploration Holdings, LLC*, cause number 2023-07326, pending in the 270th District Court of Harris County, Texas, the Honorable Debra Davis presiding.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.